# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 2012 C 8423<br>)<br>) Judge Chang |
| PRESTIGE ENTERPRISES, INC., an Illinois corporation | )<br>) Magistrate Judge Martin<br>) |
| Defendant. | ) |

## MOTION FOR DEFAULT JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on October 19, 2012 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2) and to compel an audit.

2. Service upon PRESTIGE ENTERPRISES, INC., an Illinois corporation was made on the Defendant on October 25, 2012, and a copy of the proof of service was filed with the court on October 29, 2012.

3. On November 16, 2012 the law firm of Robert T. Hanlon & Associates filed its appearance on behalf of the Defendant.

4. On December 7, 2012 this Court entered on Order that the audit was to proceed on December 14, 2012.

5. The audit took place on December 14, 2012 and the audit findings were sent to the Defendant along with pension and welfare installment notes.

6. On February 4, 2013 Plaintiff's counsel contacted Robert T. Hanlon to inquire as to the status of the signed installment notes. Defendant's counsel could not state the date when Defendant would sign the pension and welfare installment notes.

7. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

| | |
|---|---|
| $6,389.99 | Welfare Fund audit May, 2009 through June, 2012 |
| $9,008.26 | Pension Fund audit May, 2009 through June, 2012 |
| $1,110.00 | Attorneys fees |
| $429.00 | Court costs |
| $16,937.25 | |

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Defendant, PRESTIGE ENTERPRISES, INC., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $16,937.25.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
203 N. LaSalle Street
Suite 1650
Chicago, Illinois 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: February 6, 2013